# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **PARADINE, LLC**, a Colorado limited liability company, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16 C 7586 ) |
| **FELFEL CORP.** d/b/a **FILFEL MEDITERRANEAN FAST FOOD RESTAURANT**, | ) ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

On July 26, 2016 Paradine, LLC ("Paradine") filed suit against Felfel Corp. d/b/a Filfel Mediterranean Fast Food Restaurant ("Felfel"), charging it with trademark infringement and false designation for unfair competition in violation of the federal Lanham Act, coupling those charges with related state and common law claims. No responsive pleading has been filed -- instead the attached hand-printed page was delivered to this Court's chambers yesterday (August 30), having been received in the Clerk's Office the preceding day.

That submission was signed by an individual, Walid Hendi ("Hendi"), who under the law has no individual standing in this action. With Hendi having chosen to conduct business in corporate form, defendant Felfel can act only through a lawyer, and this Court is not in the position to act on Hendi's individual request. If he is the owner (or one owner) of Felfel's stock, as would seem to be the case, he would be well advised to act swiftly to retain a lawyer for Felfel

to avoid the possibility of a motion for default being filed by Paradine's counsel.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 31, 2016

MT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

PARADINE LLC ) Case Number: 16-CV-7586
Plaintiff )
) Judge: Hon Milton I Shadur
v. )
) Magistrate Judge: Hon. Maria Valdez
FELFEL CORP )
Defendant )

DEAR HON JUDGE.
PLEASE BE ADVISED THAT WE HAVE BEEN SERVED BY THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT 8/8/2016 OF ILLINOIS. REGARDING CASE NO 16-CV-7586 BY PLAINTIFF'S ATTORNEY.

SCOTT T KANNADY
2000 S. COLORADO BLVD
SUITE-2-440
DENVER CO 80222
PHONE # 303 757-3800



FILED
AUG 29 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

THAT THE DEFENDENT LISTED ABOVE. DENY ALL CHARGES MADE BY THE PLAINTIFF THROUGH THEIR ATTORNEY LISTED ABOVE.

WE PREY THAT THE HON. JUDGE MILTON I. SHADUR GRANT US A LEGAL PERIOD OF TIME TO HIRE AN ATTORNEY TO APPEAR ON OUR BEHALF. THANK YOU

8/29/2016    WALID HENDI

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

ATTACHMENT